IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAR N. MARION,

               Plaintiff,                       ORDER

      v.                               07-cv-243-bbc

CAPTAIN DYLON RADTKE,
SUPERVISOR JANEL NICHOLS
and LT. KELLER,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Plaintiff is proceeding in this civil action pro se and <u>in forma pauperis</u>. In a May 14, 2009 order, I granted plaintiff's motion for appointment of counsel and stayed further proceedings in order to locate counsel for plaintiff.

    Randall Crocker and John Goller, members of the Wisconsin Bar, have agreed to represent plaintiff, with the understanding that they will serve with no guarantee of compensation for their services. It is this court's intention that the appointment of these attorneys to represent plaintiff extend to proceedings in this court only.[1]

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a Notice of Appeal, if appropriate, and ensuring that all steps are taken

1

Also, I must stress that because I am appointing counsel to represent plaintiff, he may no longer communicate directly with the court about matters pertaining to his case. He must work directly with his lawyers and permit them to exercise their professional judgment to determine which matters are appropriate to bring to the court's attention and in what form.

Finally, plaintiff's counsel should be aware that electronic filing is mandatory in all counseled civil cases. Court records indicate that plaintiff's counsel is not registered to use the court's electronic filing system. Information on electronic filing and the court's administrative procedures are available on the court's website, www.wiwd.uscourts.gov, under the CM/ECF heading. Counsel should register for the electronic filing system as soon as possible.

ORDER

IT IS ORDERED that Randall Crocker and John Goller are appointed to represent plaintiff in this case.

Further, IT IS ORDERED that all proceedings in this case are STAYED pending a status conference to be held before United States Magistrate Judge Stephen Crocker, at

---

to transfer the record to the Court of Appeals for the Seventh Circuit.

which time a new schedule will be set for moving this case to resolution.

Entered this 21st day of July, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge