IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WAR N. MARION,

    Plaintiff,

v.

DYLON RADTKE, JANEL NICKEL
and CHAD KELLER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-243-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

By: _____      6-14-10
Peter Oppeneer, Clerk of Court            Date