IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WAR N. MARION,

                Plaintiff,                               ORDER

           v.                                          07-cv-243-bbc

DYLON RADTKE, JANEL NICKEL
and CHAD KELLER,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff War Marion has been granted leave to proceed in forma pauperis on appeal and has been given until July 21, 2010 to submit his initial partial payment. Now he has sent the court a Seventh Circuit Transcript Information Sheet requesting "all records and transcripts." I construe this submission as a request for preparation of transcripts at government expense pursuant to 28 U.S.C. §753(f). I will grant this request, but I note that although plaintiff asks for preparation of "all transcripts," the only transcript in this case is from the March 3, 2010 telephonic hearing regarding appointed counsel's motion to withdraw from the case.

1

ORDER

IT IS ORDERED that plaintiff War Marion's motion for preparation of transcripts at government expense, dkt. #68, is GRANTED. A transcript of the March 3, 2010 telephonic hearing shall be prepared and furnished to plaintiff, with the fees to be paid by the United States, pursuant to 28 U.S.C. §753(f).

Entered this 8th day of July, 2010.

BY THE COURT:<br>
/s/<br>
BARBARA B. CRABB<br>
District Judge